**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RAHEEMAH WHITMORE :
                         :            **CIVIL ACTION**
    **v.**                    :            **No. 25-6152**
                         :
**CITY OF PHILADELPHIA** *et al.*    :

## ORDER

    This 6th day of March, 2026, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss, (ECF 16), is **GRANTED** as to all claims except for Plaintiff's claim that Defendant Correctional Officer Bentley brought five prisoners to Plaintiff's cell to harass her.

                                     /s/ Gerald Austin McHugh
                                 United States District Judge